UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MICHAEL RUBIN, Individually and On Behalf of :
All Others Similarly Situated,                              :
                                                            :
                    Plaintiff,                              :
                                                            :
        vs.                                                 :   Civil Action No. 1:08-cv-02233 (VM)
                                                            :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN  :   ECF Case
R. DAVIS, AMY S. BUTTE, ALISON J.                           :
CARNWATH, CHRISTOPHER J. SMITH,                             :
CHRISTOPHER BATES, HENRI J.                                 :
STEENKAMP and EDWARD L. GOLDBERG,                           :
                                                            :
                    Defendants.                             :
------------------------------------------------------------ x
------------------------------------------------------------ x
NANETTE KATZ, On Behalf of Herself and All                  :
Others Similarly Situated,                                  :
                                                            :
                    Plaintiff,                              :
                                                            :
        vs.                                                 :   Civil Action No. 1:08-cv-02802 (VM)
                                                            :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN  :   STIPULATION AND ORDER
R. DAVIS, AMY S. BUTTE, CHRISTOPHER J.                      :
SMITH, ALISON J. CARNWATH,                                  :   ECF Case
CHRISTOPHER BATES, EDWARD L.                                :
GOLDBERG and HENRI J. STEENKAMP,                            :
                                                            :
                    Defendants.                             :
------------------------------------------------------------ x

**STIPULATION AND ORDER ADJOURNING THE TIME FOR
THE MF GLOBAL DEFENDANTS TO ANSWER, MOVE TO
<u>DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that plaintiff Katz shall have until 60 days after the entry of an order appointing lead plaintiff and approving lead counsel pursuant to 15 U.S.C. § 77z-1(a)(3) to file an amended and/or consolidated complaint ("Complaint"), and that the time of defendants MF Global, Ltd.,

Kevin R. Davis, Amy S. Butte, Christopher J. Smith, Alison J. Carnwath, Christopher Bates, Edward L. Goldberg, and Henri J. Steenkamp (the "MF Global Defendants") to answer, move to dismiss or otherwise respond to the Complaint shall be extended to 60 days after the filing of such amended Complaint. Plaintiff Katz will have 60 days after the MF Global Defendants file any motion to dismiss to file any response, and the MF Global Defendants will have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 77z-1(b)(1) provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

THE MF GLOBAL DEFENDANTS ACKNOWLEDGE receipt of a copy of the Complaint, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, except as to service.

THE MF GLOBAL DEFENDANTS AGREE to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by waiving service of the Complaint in the manner provided for by Fed. R. Civ. P. 4, and agree that the Court shall proceed as if a summons and the Complaint had been served in this action as of the date the Court "so orders" and enters this Stipulation in accordance with Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and the MF Global Defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction, except that the MF Global Defendants waive any objections as to service of the Complaint.

Dated: New York, New York
       March 31, 2008

| | |
|---|---|
| ZWERLING, SCHACHTER & ZWERLING, LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: _____<br>Richard A. Speirs (RS-8872)<br>Stephen L. Brodsky (SB-4354) | By: _____<br>Bernard W. Nussbaum (BN-0187)<br>David B. Anders (DA-6932)<br>Elaine P. Golin (EG-2523)<br>Won S. Shin (WS-1978) |
| 41 Madison Avenue, 32nd Floor<br>New York, New York 10010<br>(212) 223-3900<br>(212) 371-5969 (facsimile) | 51 West 52nd Street<br>New York, New York 10019<br>(212) 403-1000<br>(212) 403-2000 (facsimile) |
| CRIDEN & LOVE, P.A.<br>Michael E. Criden<br>7301 S.W. 57th Court, Suite 515<br>South Miami, Florida 33143<br>(305) 357-9018<br>(305) 357-9050 (facsimile) | *Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Amy S. Butte, Christopher J. Smith, Alison J. Carnwath, Christopher Bates, Edward L. Goldberg, and Henri J. Steenkamp* |
| *Attorneys for Plaintiff* | |

SO ORDERED: 2 April 2008

_____
         Victor Marrero
United States District Judge

Dated:   New York, New York
         2 April, 2008