# WEISS & LURIE

**MEMO ENDORSED**

March 31, 2008

The Fred French Building
551 Fifth Avenue
New York, New York 10176
TEL. (212) 682-3025
FAX (212) 682-3010

New York . Los Angeles

**VIA TELECOPY - (212) 805-6382**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Re: Rubin v. MF Global, Ltd.
Case No. 08-cv-02233 (VM)

Dear Judge Marrero:

My March 27, 2008 letter to Your Honor requesting an Order concerning notice to investors made reference to a similar Order granted by Judge Lynch. This is to advise the Court that because of an objection and request to be heard raised by defendants in that case, Judge Lynch has temporarily stayed his Order so that the parties can be heard. There has been no objection by the defendants here.

Respectfully yours,

Joseph H. Weiss

JHW/man

cc: Jules Brody, Esq. (Via Telecopy)
David B. Anders, Esq. (Via Telecopy)

> Request DENIED. Even if defendants do not object, there are plaintiffs in related cases filed in this District, of which the Court is aware, of at least three others, who would have an interest in the proposed Order. This request is premature until all potential cases arising from the same events are filed. For these reasons Judge Lynch's order is under reconsideration.
>
> SO ORDERED:
>
> 4-2-08
> DATE       VICTOR MARRERO, U.S.D.J.