UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

MICHAEL RUBIN, Individually and On Behalf of : 
All Others Similarly Situated, :
: 
: 
Plaintiff, :
:
vs. : Civil Action No. 1:08-cv-02233 (VM)
:
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN : NOTICE OF APPEARANCE
R. DAVIS, AMY S. BUTTE, ALISON J. :
CARNWATH, CHRISTOPHER J. SMITH, : ECF Case
CHRISTOPHER BATES, HENRI J. :
STEENKAMP and EDWARD L. GOLDBERG, :
:
Defendants. :
———————————————————————— x
———————————————————————— x
NANETTE KATZ, On Behalf of Herself and All :
Others Similarly Situated, :
:
:
Plaintiff, :
:
vs. : Civil Action No. 1:08-cv-02802 (VM)
:
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN : NOTICE OF APPEARANCE
R. DAVIS, AMY S. BUTTE, CHRISTOPHER J. :
SMITH, ALISON J. CARNWATH, : ECF Case
CHRISTOPHER BATES, EDWARD L. :
GOLDBERG and HENRI J. STEENKAMP, :
:
Defendants. :
———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for defendants MF Global, Ltd.,

Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J.

Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte in the

above-captioned actions.  I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| Dated: New York, New York<br>April 7, 2008 | Respectfully submitted,<br><br>W<small>ACHTELL</small>, L<small>IPTON</small>, R<small>OSEN</small> & K<small>ATZ</small><br><br>/s/ Bernard W. Nussbaum<br>Bernard W. Nussbaum (BN-0187)<br>51 West 52nd Street<br>New York, New York  10019<br>Telephone:   (212) 403-1000<br>Facsimile:    (212) 403-2000<br><br>*Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg*<br><br>*Co-counsel for Defendant Amy S. Butte* |