UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

MICHAEL RUBIN, Individually and On Behalf of  :
All Others Similarly Situated,
                                                                    :
                                                                    :
                        Plaintiff,                            :
                                                                    :
        vs.                                                   :    Civil Action No. 1:08-cv-02233 (VM)
                                                                    :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN  :    ECF Case
R. DAVIS, AMY S. BUTTE, ALISON J.
CARNWATH, CHRISTOPHER J. SMITH,             :
CHRISTOPHER BATES, HENRI J.                     :
STEENKAMP and EDWARD L. GOLDBERG,      :
                                                                    :
                        Defendants.                        :
———————————————————————— x
———————————————————————— x

NANETTE KATZ, On Behalf of Herself and All     :
Others Similarly Situated,
                                                                    :
                                                                    :
                        Plaintiff,                            :
                                                                    :
        vs.                                                   :    Civil Action No. 1:08-cv-02802 (VM)
                                                                    :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN  :    ECF Case
R. DAVIS, AMY S. BUTTE, CHRISTOPHER J.      :
SMITH, ALISON J. CARNWATH,                       :
CHRISTOPHER BATES, EDWARD L.                   :
GOLDBERG and HENRI J. STEENKAMP,          :
                                                                    :
                        Defendants.                        :
———————————————————————— x

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, hereby certifies that on April 7, 2008, he caused copies of the following documents to be served on counsel for the parties in the above-captioned actions as indicated on the attached service list:

        (i)        Notice of Appearance of Bernard W. Nussbaum as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte;

(ii)    Notice of Appearance of David B. Anders as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte;

(iii)   Notice of Appearance of Elaine P. Golin as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte;

(iv)    Notice of Appearance of Won S. Shin as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte; and

(v)     Statement of MF Global, Ltd. Pursuant to Federal Rule of Civil Procedure 7.1.

Dated:   New York, New York            Respectfully submitted,
         April 7, 2008

                                       WACHTELL, LIPTON, ROSEN & KATZ


                                       /s/ Won S. Shin
                                       Won S. Shin (WS-1978)
                                       51 West 52nd Street
                                       New York, New York  10019
                                       Telephone:   (212) 403-1000
                                       Facsimile:   (212) 403-2000

**SERVICE LIST**

By ECF

Joseph H. Weiss
James E. Tullman
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue
New York, New York  10176

By FedEx

Jules Brody
Stull, Stull & Brody
6 East 45th Street
New York, New York  10017

*Attorneys for Plaintiff Michael Rubin*

By ECF

Richard A. Speirs
Shaye J. Fuchs
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue, 32nd Floor
New York, New York  10010

By FedEx

Stephen L. Brodsky
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue, 32nd Floor
New York, New York  10010

*Attorneys for Plaintiff Nanette Katz*

By FedEx

Marshall H. Fishman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

*Co-counsel for Defendant Amy S. Butte*