UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
MICHAEL RUBIN, Individually and On Behalf of :
All Others Similarly Situated, :
: 
                    Plaintiff, :
:
    vs. : Civil Action No. 1:08-cv-02233 (VM)
:
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN : ECF Case
R. DAVIS, AMY S. BUTTE, ALISON J. :
CARNWATH, CHRISTOPHER J. SMITH, :
CHRISTOPHER BATES, HENRI J. :
STEENKAMP and EDWARD L. GOLDBERG, :
:
                    Defendants. :
––––––––––––––––––––––––––––––––––––––––– x
––––––––––––––––––––––––––––––––––––––––– x
NANETTE KATZ, On Behalf of Herself and All :
Others Similarly Situated, :
:
                    Plaintiff, :
:
    vs. : Civil Action No. 1:08-cv-02802 (VM)
:
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN : ECF Case
R. DAVIS, AMY S. BUTTE, CHRISTOPHER J. :
SMITH, ALISON J. CARNWATH, :
CHRISTOPHER BATES, EDWARD L. :
GOLDBERG and HENRI J. STEENKAMP, :
:
                    Defendants. :
––––––––––––––––––––––––––––––––––––––––– x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

       Pursuant to Federal Rule of Civil Procedure 7.1, defendant MF Global, Ltd. discloses that it has no parent corporation and that each of the following publicly held corporations owns 10% or more of its stock:  Man Group plc and AllianceBernstein L.P.

|  |  |
|---|---|
| Dated: New York, New York<br>April 7, 2008 | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>By:  /s/ David B. Anders<br>     Bernard W. Nussbaum (BN-0187)<br>     David B. Anders (DA-6932)<br>     Elaine P. Golin (EG-2523)<br>     Won S. Shin (WS-1978)<br><br>51 West 52nd Street<br>New York, New York  10019<br>(212) 403-1000<br>(212) 403-2000 (facsimile)<br><br>*Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg*<br><br>*Co-counsel for Defendant Amy S. Butte* |